UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FOUNDATIONS WORLDWIDE, INC. ) | |
| ) | CASE NO. 1:13CV506 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| ) | NOTICE CONCERNING CALIFORNIA |
| OLIVER & TATE ENTERPRISES, INC. ) | CASE PETITION FOR WRIT OF |
| ) | MANDAMUS TO FEDERAL CIRCUIT |
| Defendant. ) | |
| ) | |

On the 22nd day of July 2013, Foundations Worldwide, Inc. and Joseph A. Lawlor filed a Petition for a Writ of Mandamus with the U.S. Court of Appeals for the Federal Circuit (Federal Circuit Case No. 159) concerning the California case of Oliver & Tate Enterprises, Inc. v. Foundations Worldwide, Inc., Case No. CV13-01683 RGK(SHx).

The Petition asserts that the Order entered on June 18, 2013 by the U.S. District Court for the Central District of California denying the Motion to Dismiss or Transfer to the Northern District of Ohio the later filed California case was an abuse of discretion.

Respectfully submitted,

WALKER & JOCKE CO., LPA

    /s/ Patricia A. Walker    
Patricia A. Walker (0001179)
Ralph E. Jocke (0011642)
Christopher L. Parmelee (0069532)
231 South Broadway
Medina, Ohio 44256-2601
Telephone: 330-721-0000
Facsimile: 330-722-6446
E-mail: iplaw@walkerandjocke.com
Attorneys for Plaintiff
Foundations Worldwide, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the foregoing Notice Concerning California Case Petition for Writ of Mandamus to Federal Circuit has been served on the attorneys of record for all parties via the ECF System of the U.S. District Court for the Northern District of Ohio on this 22 day of July, 2013.

        /s/ Patricia A. Walker
      Patricia A. Walker
      Attorney for Plaintiff
      Foundations Worldwide, Inc.